UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
HARTFORD FIRE INSURANCE COMPANY a/s/o :
GATEWAY IV, LLC,                          :
                                          :
                Plaintiff,                :
                                          :
        -v-                               :        09 Civ. 10090 (JSR)
                                          :
GOODMAN MANUFACTURING COMPANY, LP,        :
                                          :
                Defendant.                :
----------------------------------------- x
GATEWAY DEVELOPMENT CORP. and GATEWAY    :
IV, LLC,                                  :
                                          :
                Plaintiffs,               :
                                          :
        -v-                               :        09 Civ. 10521 (JSR)
                                          :
GOODMAN GLOBAL, INC., GOODMAN            :           ORDER
COMPANY, LP, and GOODMAN                  :
MANUFACTURING COMPANY, LP,                :
                                          :
                Defendants.               :
----------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        The Court hereby orders the consolidation of the above-

captioned cases under docket number 09 Civ. 10090.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February 18, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-10