**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

GAETANO DEVELOPMENT CORP., GATEWAY IV, LLC, and HARTFORD FIRE INSURANCE COMPANY a/s/o Gateway IV, LLC,

Plaintiffs,

-against-

GOODMAN MANUFACTURING COMPANY, L.P., GOODMAN COMPANY, L.P. and GOODMAN GLOBAL, INC.

Defendants.

-----------------------------------------------------------X

GOODMAN COMPANY, L.P.

Third-Party Plaintiff,

-against-

TOWER MANUFACTURING CORPORATION,

Third-Party Defendant

-----------------------------------------------------------X

TOWER MANUFACTURING CORPORATION,

Second Third-Party Plaintiff,

-against-

EVEREX COMMUNICATIONS, INC., PRIME TECHNOLOGY (GUANGZHOU), INC., CONNECTICUT PTAC SERVICES, LLC, and COOL TECH HVAC SERVICE, LLC

Second Third-Party Defendants.

-----------------------------------------------------------X

Judge Rakoff

Case No.: 09-CV-10090

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local

General Rule 1.9] and to enable District Judges and Magistrate Judges of the Courtto evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Upon information and belief, there is no such corporation.

**Date:** June 30, 2010

James M. O'Hara

James M. O'Hara, Esq.
**Attorney Bar Code:** JO3404

SDNY Web 10/2007

Form Rule7_1.pdf