UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

GAETANO DEVELOPMENT CORP.,
GATEWAY IV, LLC, and HARTFORD FIRE
INSURANCE COMPANY a/s/o Gateway IV, LLC,  :  Case No. 09-CV-10090
                                             (Consolidated)
               Plaintiffs,

   -against-

GOODMAN MANUFACTURING COMPANY,
L.P., GOODMAN COMPANY, L.P. and
GOODMAN GLOBAL, INC.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
GOODMAN COMPANY, L.P.,

               Third-Party Plaintiff,

   -against-

TOWER MANUFACTURING CORPORATION,

              Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/4/10]

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED, AGREED AND ORDERED**, by and among Plaintiff, Hartford Fire Insurance Company a/s/o Gateway IV, LLC ("Hartford""), by and through its attorneys, Robinson & Cole LLP, and Defendants, Goodman Manufacturing Company, L.P., Goodman Company, L.P. and Goodman Global, Inc., by and through their attorneys, Jones Day, that:

    1.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action, with respect to Hartford, is dismissed with prejudice;

NYI-4298542v1

2. Each party shall bear its own costs, attorneys' fees, accountants' fees, experts' fees, and all other fees, costs and expenses.

Dated: White Plains, New York
August _____, 2010

ROBINSON & COLE, LLP

By: /s/ Michael Golden
Michael Golden, Esq. (MG-0693)
885 Third Avenue, 28th Floor
New York, New York 10022-4834
Telephone: (212) 451-2911

*Attorneys for Plaintiff Hartford Fire Insurance Company a/s/o Gateway IV, LLC.*

Dated: New York, New York
August 3, 2010

JONES DAY

By: /s/ Steven C. Bennett
Steven C. Bennett (SB 2746)
Maxime A. Guindo (MG 7898)
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

*Attorneys for Defendants Goodman Manufacturing Company, LP, Goodman Company, L.P. and Goodman Global, Inc.*

SO ORDERED:

_____
United States District Judge

- 2 -

NYI-4298542v1