UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GAETANO DEVELOPMENT CORP., GATEWAY
IV, LLC, and HARTFORD FIRE INSURANCE
COMPANY a/s/o Gateway IV, LLC,

    Judge Rakoff

        Plaintiffs,

    Case No.: 09-CV-10090

-against-

    **ANSWER OF SECOND THIRD-PARTY DEFENDANT, EVEREX COMMUNICATIONS, INC., TO THE CROSS COMPLAINTS OF COOL TECH HVAC SERVICE, LLC**

GOODMAN MANUFACTURING COMPANY, L.P.,
GOODMAN COMPANY, L.P. and GOODMAN
GLOBAL, INC.

        Defendants.
---------------------------------------------------------------X
GOODMAN COMPANY, L.P.

        Third-Party Plaintiff,

-against-

TOWER MANUFACTURING CORPORATION,

        Third-Party Defendant
---------------------------------------------------------------X
TOWER MANUFACTURING CORPORATION,

        Second Third-Party Plaintiff,

-against-

EVEREX COMMUNICATIONS, INC., PRIME
TECHNOLOGY (GUANGZHOU), INC.,
CONNECTICUT PTAC SERVICES, LLC, and
COOL TECH HVAC SERVICE, LLC

        Second Third-Party Defendants.
---------------------------------------------------------------X

The Second Third-Party Defendant, Everex Communications, Inc., by its attorneys, SPEYER & PERLBERG, LLP, as and for its answer to the cross complaints of the Second Third-Party Defendant, Cool Tech HVAC Service, LLC, alleges upon information and belief as follows:

### AS AND FOR AN ANSWER TO THE CROSS COMPLAINT FOR COMMOM LAW INDEMNITY AGAINST THE SECOND THIRD PARTY CO-DEFENDANTS EVEREX COMMUNICATIONS, INC., PRIME TECHNOLOGY (GUANGZHOU), INC. AND CONNECTICUT PTAC SERVICES, LLC

1. Denies each and every allegation contained in this cross complaint to the extent that it applies to Second Third-Party Defendant Everex Communications, Inc., and denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in this cross-complaint as against the Co-Second Third-Party Defendants.

### AS AND FOR AN ANSWER TO THE CROSS COMPLAINT FOR COMMOM LAW NEGLIGENCE AGAINST THE CO-DEFENDANTS EVEREX COMMUNICATIONS, INC., PRIME TECHNOLOGY (GUANGZHOU), INC. AND CONNECTICUT PTAC SERVICES, LLC

2. Denies each and every allegation contained in this cross complaint to the extent that it applies to the Second Third-Party Defendant Everex Communications, Inc. and denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in this cross-complaint as against the Co-Second Third-Party Defendants.

**WHEREFORE**, Second Third-Party Defendant, Everex Communications, Inc., demands judgment dismissing the cross complaints of the Second Third Party Defendant, Cool Tech HVAC Service, LLC, together with costs and disbursements of this action.

Dated:     Melville, New York
           August 6, 2010

                              SPEYER & PERLBERG, LLP
                              *Attorneys for Second Third-Party Defendant,*
                              *EVEREX COMMUNICATIONS, INC.*

                              By: /s/ James M. O'Hara
                                  James M. O'Hara, Esq. (JO3404)
                                  115 Broadhollow Road, Suite 250
                                  Melville, NY 11747
                                  (631) 673-6670

S:\CURRENT\DMP\Everex adv. Goodman\Legal\Everex's Answer to Cool Tech's Cross Claims.doc

TO:   SEE SERVICE LIST ATTACHED

3

# SERVICE LIST

Michael B. Golden, Esq.
Sue Erika Silverman, Esq.
**Robinson & Cole, LLP**
*Attorneys for Plaintiff*
Hartford Fire Insurance Company a/s/o
Gateway IV, LLC
885 Third Avenue, Suite 2800
New York, NY 10022
(212) 451-2900

David Feureisen, Esq.
**Bartels & Feuereisen, LLP**
*Attorneys for Plaintiffs*
Gaetano Development Corp. and
Gateway IV, LLC
925 Westchester Avenue, Suite 304
White Plains, NY 10604
(914) 681-7175

Cassandra Lynn Porsch, Esq.
Lynne M. Uniman, Esq.
**Andrews Kurth LLP**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.*
*and Goodman Manufacturing Company, L.P.*
450 Lexington Avenue
New York, NY 10017
(212) 850-2800

Steven C. Bennett, Esq.
Maxime Ahmed Guindo, Esq.
**Jones Day (NYC)**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Manufacturing Company, L.P.,*
*Goodman Company, L.P. and Goodman Global, Inc.*
222 East 41st Street
New York, NY 10017
(212) 326-3939

Scott Lawrence Haworth, Esq.
Barry L. Gerstman, Esq.
**Haworth Coleman & Gerstman, LLC**
*Attorneys for Third-Party Defendant/*
*Second Third-Party Plaintiff,*
*Tower Manufacturing Corporation*
45 Broadway, 21st Floor
New York, NY 10006
(212) 952-1100

Nicholas P. Calabria, Esq.
**Churbuck Calabria Jones & Materazo, P.C.**
*Attorneys for Second Third-Party Defendant,*
*Connecticut PTAC Services, LLC*
43a East Barclay Street
Hicksville, NY 11801
(516) 931-2600

Lawton W. Squires, Esq.
**Herzfeld & Rubin, P.C.**
*Attorneys for Second Third-Party Defendant*
*Cool Tech HVAC Service, LLC*
125 Broad Street
New York, New York 10004
(212) 471-8500