# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) SS.:
COUNTY OF SUFFOLK )

**ANITA MATOS**, being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York.

That on the 6th day of August, 2010, deponent served the within **Answer of Second Third-Party Defendant, Everex Communications, Inc. to the Cross Complaints of Cool Tech HVAC Service, LLC** upon:

Lynne M. Uniman
Andrews Kurth L.L.P.
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.,*
*and Goodman Manufacturing Company, L.P.*
450 Lexington Avenue
New York, NY 10017

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**ANITA MATOS**

Sworn to before me this
6th day of August, 2010

_____
NOTARY PUBLIC

DENNIS M. PERLBERG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PE4505472
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES APRIL 13, 2014