UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GAETANO DEVELOPMENT CORP., GATEWAY
IV, LLC, and HARTFORD FIRE INSURANCE
COMPANY a/s/o Gateway IV, LLC,

         Plaintiffs,

 -against-

GOODMAN MANUFACTURING COMPANY, L.P.,
GOODMAN COMPANY, L.P. and GOODMAN
GLOBAL, INC.

         Defendants.
-----------------------------------------------------------------X
GOODMAN COMPANY, L.P.

         Third-Party Plaintiff,

 -against-

TOWER MANUFACTURING CORPORATION,

         Third-Party Defendant
-----------------------------------------------------------------X
TOWER MANUFACTURING CORPORATION,

         Second Third-Party Plaintiff,

 -against-

EVEREX COMMUNICATIONS, INC., PRIME
TECHNOLOGY (GUANGZHOU), INC.,
CONNECTICUT PTAC SERVICES, LLC, and
COOL TECH HVAC SERVICE, LLC

         Second Third-Party Defendants.
-----------------------------------------------------------------X

Judge Rakoff

Case No.: 09-CV-10090

**ANSWER OF SECOND
THIRD-PARTY DEFENDANT,
EVEREX COMMUNICATIONS,
INC., TO THE CROSS
COMPLAINTS OF PRIME
TECHNOLOGY GUANGZHOU,
INC.**

The Second Third-Party Defendant, Everex Communications, Inc., by its attorneys, SPEYER & PERLBERG, LLP, as and for its answer to the cross claims of the Second Third-Party Defendant, Prime Technology (Guangzhou), Inc., alleges upon information and belief as follows:

**AS AND FOR AN ANSWER TO THE FIRST CROSS CLAIM FOR CONTRIBUTION AGAINST THE SECOND THIRD-PARTY CO-DEFENDANTS EVEREX COMMUNICATIONS, INC., CONNECTICUT PTAC SERVICES, LLC AND COOL TECH HVACSERVICE, LLC**

103. Denies each and every allegation contained in this cross complaint to the extent that it applies to Second Third-Party Defendant Everex Communications, Inc., and denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in this cross-complaint as against the Co-Second Third-Party Defendants.

104. Denies each and every allegation contained in this cross complaint to the extent that it applies to Second Third-Party Defendant Everex Communications, Inc., and denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in this cross-complaint as against the Co-Second Third-Party Defendants.

**AS AND FOR AN ANSWER TO THE SECOND CROSS CLAIM FOR COMMOM LAW/IMPLIED INDEMNIFICATION AGAINST THE SECOND THIRD-PARTY CO-DEFENDANTS EVEREX COMMUNICATIONS, INC., CONNECTICUT PTAC SERVICES, LLC AND COOL TECH HVAC SERVICE, LLC**

105. Denies each and every allegation contained in this cross complaint to the extent that it applies to the Second Third-Party Defendant Everex Communications, Inc. and denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in this cross-complaint as against the Co-Second Third-Party Defendants.

**WHEREFORE**, Second Third-Party Defendant, Everex Communications, Inc., demands judgment dismissing the cross claims of the Second Third Party Defendant, Prime Technology (Guangzhou), Inc., together with costs and disbursements of this action.

Dated: Melville, New York
August 18, 2010

SPEYER & PERLBERG, LLP
*Attorneys for Second Third-Party Defendant,*
*EVEREX COMMUNICATIONS, INC.*

By: *James M. O'Hara*
James M. O'Hara, Esq. (JO3404)
115 Broadhollow Road, Suite 250
Melville, NY 11747
(631) 673-6670

TO: SEE SERVICE LIST ATTACHED

# SERVICE LIST

Michael B. Golden, Esq.
Sue Erika Silverman, Esq.
**Robinson & Cole, LLP**
*Attorneys for Plaintiff*
*Hartford Fire Insurance Company a/s/o*
*Gateway IV, LLC*
885 Third Avenue, Suite 2800
New York, NY 10022
(212) 451-2900

David Feureisen, Esq.
**Bartels & Feuereisen, LLP**
*Attorneys for Plaintiffs*
*Gaetano Development Corp. and*
*Gateway IV, LLC*
925 Westchester Avenue, Suite 304
White Plains, NY 10604
(914) 681-7175

Cassandra Lynn Porsch, Esq.
Lynne M. Uniman, Esq.
**Andrews Kurth LLP**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.*
*and Goodman Manufacturing Company, L.P.*
450 Lexington Avenue
New York, NY 10017
(212) 850-2800

Steven C. Bennett, Esq.
Maxime Ahmed Guindo, Esq.
**Jones Day (NYC)**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Manufacturing Company, L.P.,*
*Goodman Company, L.P. and Goodman Global, Inc.*
222 East 41st Street
New York, NY 10017
(212) 326-3939

4

Scott Lawrence Haworth, Esq.
Barry L. Gerstman, Esq.
**Haworth Coleman & Gerstman, LLC**
*Attorneys for Third-Party Defendant/*
*Second Third-Party Plaintiff,*
*Tower Manufacturing Corporation*
45 Broadway, 21st Floor
New York, NY 10006
(212) 952-1100

Nicholas P. Calabria, Esq.
**Churbuck Calabria Jones & Materazo, P.C.**
*Attorneys for Second Third-Party Defendant,*
*Connecticut PTAC Services, LLC*
43a East Barclay Street
Hicksville, NY 11801
(516) 931-2600

Lawton W. Squires, Esq.
**Herzfeld & Rubin, P.C.**
*Attorneys for Second Third-Party Defendant*
*Cool Tech HVAC Service, LLC*
125 Broad Street
New York, New York 10004
(212) 471-8500

Kenneth L. Moskowitz, Esq.
**Brown, Moskowitz & Kallen, P.C.**
*Attorneys for Second Third-Party Defendant*
*Prime Technology (Guangzhou), Inc.*
711 Third Avenue, Suite 1803
New York, New York 10017
(973) 376-0909