UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAETANO DEVELOPMENT CORP, GATEWAY IV, LLC and HARTFORD FIRE INSURANCE COMPANY a/s/o GATEWAY IV, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>GOODMAN MANUFACTURING COMPANY, LP, GOODMAN COMPANY, LP and GOODMAN GLOBAL, INC,<br><br>Defendants. | Judge Rakoff<br><br>Case No.: 09-cv-10090<br>(consolidated) |
| GOODMAN COMPANY, LP,<br><br>Third-Party Plaintiff,<br><br>- against -<br><br>TOWER MANUFACTURING CORPORATION,<br><br>Third-Party Defendant. | **ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |
| TOWER MANUFACTURING CORPORATION,<br><br>Second Third-Party Plaintiff,<br><br>- against -<br><br>EVEREX COMMUNICATIONS, INC, PRIME TECHNOLOGY (GUANGZHOU), INC, CONNECTICUT PTAC SERVICES, LLC, and COOL TECH HVAC SERVICE, LLC,<br><br>Second Third-Party Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8·24-10 |

- 1 -

Upon the motion of Kenneth L. Moskowitz, attorney for Second Third-Party Defendant, Prime Technology (Guangzhou), Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Dougherty |
| Firm Name: | Weltman, Weinberg & Reis Co., L.P.A. |
| Address: | 325 Chestnut Street, Suite 501 |
| City/State/Zip: | Philadelphia, Pennsylvania 19106 |
| Phone Number: | 215-599-1500 x 81501 |
| Fax Number: | 215-599-1505 |
| Email Address: | mdougherty@weltman.com |

is admitted to practice pro hac vice as counsel for Second Third-Party Defendant, Prime Technology (Guangzhou), Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/23/10

Hon. Jed S. Rakoff, United States District Judge