UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAETANO DEVELOPMENT CORP, GATEWAY IV, LLC and HARTFORD FIRE INSURANCE COMPANY a/s/o GATEWAY IV, LLC | |
| Plaintiffs, | Judge Rakoff |
| -against- | |
| GOODMAN MANUFACTURING COMPANY, LP, GOODMAN COMPANY, LP and GOODMAN GLOBAL, INC | Case No.: 09-CV-10090 |
| Defendants. | |
| GOODMAN COMPANY, LP | DISCLOSURE STATEMENT OF DEFENDANT, PRIME TECHNOLOGY (GUANGZHOU) INC PURSUANT TO FED.R.CIV.P. 7.1 |
| Third-Party Plaintiff, | |
| -against- | |
| TOWER MANUFACTURING CORPORATION | |
| Third-Party Defendant. | |
| TOWER MANUFACTURING CORPORATION | |
| Second Third-Party Plaintiff, | |
| EVEREX COMMUNICATIONS, INC, PRIME TECHNOLOGY (GUANGZHOU), INC, CONNECTICUT PTAC SERVICES, LLC, and COOL TECH HVAC SERVICE, LLC | |
| Second Third Party Defendants. | |

**DISCLOSURE STATEMENT OF DEFENDANT, PRIME TECHNOLOGY (GUANGZHOU) INC. PURSUANT TO FED.R.CIV.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Prime Technology (Guangzhou) Inc. certifies that Prime Technology (Guangzhou) Inc. is a wholly owned by 3 Cems Corporation, a Cayman Islands corporation with no publicly traded stock.

Date: Philadelphia, Pennsylvania
August 30, 2010

                                            Weltman, Weinberg & Reis, Co., L.P.A.
                                            Attorneys for Second Third-Party Defendant:
                                            Prime Technology (Guangzhou), Inc.

                                            By:   */s/Michael J. Dougherty*
                                            Michael J. Dougherty, Esq.
                                            325 Chestnut Street, Suite 501
                                            Philadelphia, PA 19106

SERVICE LIST

Michael B. Golden, Esq.
Sue Erika Silverman, Esq.
Robinson & Cole, LLP
Attorneys for Plaintiff
Hartford Fire Insurance Company a/s/o Gateway IV, LLC
885 Third Avenue, Suite 2800
New York, NY  10022
(212) 451-2900

David Feureisen, Esq.
Bartels & Feuereisen, LLP
Attorneys for Plaintiffs
Gaetano Development Corp. and Gateway IV, LLC
925 Westchester Avenue, Suite 304
White Plains, NY  10604
(914) 681-7175

Cassandra Lynn Porsch, Esq.
Lynne M. Uniman, Esq.
Andrews Kurth LLP
Attorneys for Defendants/Third-Party Plaintiffs,
Goodman Global, Inc., Goodman Company, L.P. and Goodman Manufacturing Company, L.P.
450 Lexington Avenue
New York, NY  10017
(212) 850-2800

Steven C. Bennett, Esq.
Maxime Ahmed Guindo, Esq.
Jones Day (NYC)
Attorneys for Defendants/Third-Party Plaintiffs,
Goodman Global, Inc., Goodman Company, L.P. and Goodman Manufacturing Company, L.P.
222 East 41St Street
New York, NY  10017
(212) 326-3939

Scott L. Haworth, Esq.
Haworth Coleman & Gerstman, LLC
Attorneys for Tower Manufacturing Corporation
145 Broadway 21st Floor
New York, NY  10004-2400
Tel:    (212) 952-1100
Fax:    (212) 95-1110
File No.:  03057-000010
scott.haworth a7hcandglaw.com

Nicholas P. Calabria, Esq.
Churbuck Calabria, Jones & Materazo, P.C.
Attorneys for Second Third-Party Defendant,
Connecticut PTAC Services, LLC
43a East Barclay Street
Hicksville, NY   11801
(516) 931-2600