UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAETANO DEVELOPMENT CORP, GATEWAY IV, LLC and HARTFORD FIRE INSURANCE COMPANY a/s/o GATEWAY IV, LLC | |
| Plaintiffs, | Judge Rakoff |
| -against- | |
| GOODMAN MANUFACTURING COMPANY, LP, GOODMAN COMPANY, LP and GOODMAN GLOBAL, INC | Case No.: 09-CV-10090 |
| Defendants. | |
| GOODMAN COMPANY, LP | CERTIFICATE OF SERVICE |
| Third-Party Plaintiff, | |
| -against- | |
| TOWER MANUFACTURING CORPORATION | |
| Third-Party Defendant. | |
| TOWER MANUFACTURING CORPORATION | |
| Second Third-Party Plaintiff, | |
| EVEREX COMMUNICATIONS, INC, PRIME TECHNOLOGY (GUANGZHOU), INC, CONNECTICUT PTAC SERVICES, LLC, and COOL TECH HVAC SERVICE, LLC | |
| Second Third Party Defendants. | |

## CERTIFICATE OF SERVICE

On August 30, 2010, the undersigned served a true and correct copy of its Rule 7.1 Corporate Disclosure Statement upon the following party/parties via USPS First Class Mail:

Cassandra Lynn Porsch, Esq.
Lynne M. Uniman, Esq.
Andrews Kurth LLP
Attorneys for Defendants/Third-Party Plaintiffs,
Goodman Global, Inc., Goodman Company, L.P. and Goodman Manufacturing Company, L.P.
450 Lexington Avenue
New York, NY  10017


Date:  Philadelphia, Pennsylvania
         August 30, 2010

                                  Weltman, Weinberg & Reis, Co., L.P.A.
                                  Attorneys for Second Third-Party Defendant:
                                  Prime Technology (Guangzhou), Inc.


                                By:   */s/Michael J. Dougherty*
                                Michael J. Dougherty, Esq.
                                325 Chestnut Street, Suite 501
                                Philadelphia, PA  19106