## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    ) SS.:
COUNTY OF SUFFOLK  )

**ANITA MATOS,** being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York.

That on the 16th day of September, 2010, deponent served the within **Answer of Second Third-Party Defendant, Everex Communications, Inc. to the Amended Cross Complaints of Cool Tech HVAC Service, LLC** upon:

Michael J. Douglas, Esq.
Weltman, Weinberg & Reis Co. L.P.A
*Attorneys for Third Party Defendant,*
*Prime Technology (Guangzhou), Inc.*
325 Chestnut Street, Suite 501
Philadelphia, PA 19106

Lynne M. Uniman, Esq.
Andrews Kurth L.L.P.
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.,*
*and Goodman Manufacturing Company, L.P.*
450 Lexington Avenue
New York, NY 10017

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**ANITA MATOS**

Sworn to before me this
16th day of September, 2010

_____
**NOTARY PUBLIC**

GINA M. FORTUNATO
Notary Public, State of New York
No. 02FO5078486
Qualified in Suffolk County
Commission Expires May 27 2011