UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GAETANO DEVELOPMENT CORP., GATEWAY
IV, LLC, and HARTFORD FIRE INSURANCE
COMPANY a/s/o Gateway IV, LLC,

                           Plaintiffs,

    -against-

GOODMAN MANUFACTURING COMPANY, L.P.,
GOODMAN COMPANY, L.P. and GOODMAN
GLOBAL, INC.

                           Defendants.
-----------------------------------------------------------------------X
GOODMAN COMPANY, L.P.

                           Third-Party Plaintiff,

    -against-

TOWER MANUFACTURING CORPORATION,

                           Third-Party Defendant
-----------------------------------------------------------------------X
TOWER MANUFACTURING CORPORATION,

                           Second Third-Party Plaintiff,

    -against-

EVEREX COMMUNICATIONS, INC., PRIME
TECHNOLOGY (GUANGZHOU), INC.,
CONNECTICUT PTAC SERVICES, LLC, and
COOL TECH HVAC SERVICE, LLC

                           Second Third-Party Defendants.
-----------------------------------------------------------------------X

Judge Rakoff

Case No.: 09-CV-10090

## EVEREX COMMUNICATIONS, INC'S NOTICE OF SUMMARY JUDGMENT MOTION

**PLEASE TAKE NOTICE THAT**, on March 17, 2011, at 5:00 PM, or as soon thereafter as counsel may be heard, Second Third-Party Defendant Everex Communications, Inc. ("Everex") shall move pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on the following grounds:

1. dismissing Third-Party Defendant/Second Third-Party Plaintiff Tower Manufacturing Corporation's ("Tower") contribution claims against Everex based upon New York General Obligations Law § 15-108;

2. dismissing Tower's common law indemnification claims against Everex because Third-Party Plaintiff Goodman Company L.P. is not free from fault;

3. dismissing Tower's common law indemnification claims against Everex because Tower is not free from fault;

4. dismissing Tower's complaint against Everex based upon a lack of evidence of product defect, causation or negligence.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's directives, Everex's Statement of Material Facts on its Motion for Summary Judgment (pursuant to Local Rule 56.1), together with declaration(s) and memorandum of law in support of Everex's motion, shall be filed on or before February 14, 2011; opposition to Everex's motion, together with any supporting papers, shall be filed on or before February 28, 2011; and reply papers on Everex's motion shall be filed on or before March 7, 2011.

Dated: Melville, NY
February 9, 2011

        SPEYER & PERLBERG, LLP
        *Attorneys for Second Third-Party Defendant,*
        *EVEREX COMMUNICATIONS, INC.*

        By: /s/ James M. O'Hara
            James M. O'Hara, Esq. (JO3404)
        115 Broadhollow Road, Suite 250
        Melville, NY 11747
        (631) 673-6670

TO: SEE SERVICE LIST ATTACHED

# CERTIFICATE OF SERVICE

I, James M. O'Hara, hereby certify and affirm that a true and correct copy of the attached Notice of Summary Judgment Motion has been served via ECF upon the following parties on Feburary 9, 2011:

Steven C. Bennett, Esq.
Jones Day (NYC)
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.*
*and Goodman Manufacturing Company, L.P.*
222 East 41st Street
New York, NY 10017

Scott L. Haworth, Esq.
Haworth Coleman & Gerstman, LLC
*Attorneys for Tower Manufacturing Corporation*
145 Broadway, 21st Floor
New York, NY 10004-2400

Robert B. Churbuck, Esq.
Churbuck Calabria Jones & Materazo, P.C.
*Attorneys for Second Third-Party Defendant,*
*Connecticut PTAC Services, LLC*
43a East Barclay Street
Hicksville, NY 11801

Lawton W. Squires, Esq.
Herzfeld & Rubin, P.C.
*Attorneys for Second Third-Party Defendant,*
*Cool Tech HVAC Service, L.L.C.*
125 Broad Street
New York, NY 10004

Michael J. Dougherty, Esq.
Weltman, Weinberg & Reis Co., LPA
*Attorneys for Second Third-Party Defendant,*
*Prime Technology (Guangzhou), Inc.*
325 Chestnut Street, Suite 501
Philadelphia, PA 19106

By: *James M. O'Hara*
James M. O'Hara, Esq. (JO3404)

SPEYER & PERLBERG, LLP
*Attorneys for Second Third-Party Defendant,*
*EVEREX COMMUNICATIONS, INC.*

115 Broadhollow Road, Suite 250
Melville, NY 11747
(631) 673-6670