## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) SS.:
COUNTY OF SUFFOLK )

**ANITA MATOS**, being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York.

That on the 9th day of February, 2011, deponent served the within **EVEREX COMMUNICATIONS, INC.'S NOTICE OF SUMMARY JUDGMENT MOTION** upon:

Lynne M. Uniman
Andrews Kurth L.L.P.
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Goodman Global, Inc., Goodman Company, L.P.,*
*and Goodman Manufacturing Company, L.P.*
450 Lexington Avenue
New York, NY 10017

Michael J. Douglas
Weltman Weinberg & Reis Co. LPA
325 Chestnut Street, Suite 501
Philadelphia, PA 19106

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                          */s/ Anita Matos*
                                                          **ANITA MATOS**

Sworn to before me this
9th day of February,m 2011

*/s/ James M. O'Hara*
**NOTARY PUBLIC**

      JAMES M. O'HARA
  Notary Public, State of New York
        No. 02OH5013461
    Qualified in Nassau County
Commission Expires July 15, 20 _11_