61913.0011-MXCL08315    LWS:ksg
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GAETANO DEVELOPMENT CORP., GATEWAY IV,
LLC and HARTFORD FIRE INSURANCE COMPANY       Case No. 09-CV-10090
a/s/o Gateway IV, LLC,

                        Plaintiffs,       **STIPULATION OF**
                                                  **DISCONTINUANCE**
    -against-                                                                                  **WITH PREJUDICE**

GOODMAN MANUFACTURING COMPANY, L.P.,
GOODMAN COMPANY, L.P. and GOODMAN
GLOBAL, INC.,

                        Defendants.
---------------------------------------------------------------x
GOODMAN COMPANY, L.P.,

                        Third-Party Plaintiff,

    -against-

TOWER MANUFACTURING CORPORATION,

                        Third-Party Defendant.
---------------------------------------------------------------x
TOWER MANUFACTURING CORPORATION,

                        Second Third-Party Plaintiff,

    -against-

EVEREX COMMUNICATIONS, INC., PRIME
TECHNOLOGY (GUANGZHOU), INC.,
CONNECTICUT PTAC SERVICES, LLC and COOL
TECH HVAC SERVICE, LLC,

                        Second Third-Party Defendants.
---------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled second third-party action, that whereas no

party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled second third-party action be, and the same hereby is discontinued with prejudice as to second third-party defendants, Cool Tech HVAC Service, LLC and Connecticut PTAC Services, LLC, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       February 04, 2011

_____
Barry L. Gerstman
HAWORTH COLEMAN & GERSTMAN, LLC
Attorneys for Third-Party Defendant/Second
Third-Party Plaintiff
Tower Manufacturing Corporation
45 Broadway, 21st Floor
New York, NY 10006

_____
Lawton W. Squires
HERZFELD & RUBIN, P.C.
Attorneys for Second Third-Party Defendant
Cool Tech HVAC Service, LLC
125 Broad Street
New York, New York 10004
(212) 471-8500

_____
Robert B. Churbuck
CHURBUCK CALABRIA JONES &
MATERAZO, P.C.
Attorneys for Second Third-Party Defendant
Connecticut PTAC Services, LLC
43A East Barclay Street
Hicksville, NY 11801-1356
(516) 931-2600