# WELTMAN, WEINBERG & REIS Co., LPA
### ATTORNEYS AT LAW

*Over 80 Years of Service.*

**Brooklyn Hts** 216 739 5100
**Chicago** 312 782 9676
**Cincinnati** 513 723 2200
**Cleveland** 216 685 1000
**Columbus** 614 228 7272

**Michael J. Dougherty**
*Partner*

325 Chestnut Street, Suite 501 Philadelphia, PA 19106
215 599 1501 phone | 215 599 1505 fax
mdougherty@weltman.com
weltman.com

**Detroit** 248 362 6100
**Ft. Lauderdale** 954 740 5200
**Grove City** 614 801 2600
**Philadelphia** 215 599 1500
**Pittsburgh** 412 434 7955



March 10, 2011



*Via Facsimile – 212.805.7935*

The Honorable Jed S. Rakoff
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Gaetano Development Corporation v. Goodman Manufacturing, et al
           U.S.D.C., Southern District of New York, No. 09-CV-10090

Dear Judge Rakoff:

    This office represents the interest of the Second Third Party Defendant, Prime Technology, in the above matter.

    On February 14, 2011 Prime e-filed a motion for summary judgment with supporting declaration which inadvertently contained and referenced two (2) documents marked as "confidential" pursuant to this Court's Protective Order entered on March 16, 2010. The e-filed document number for the inadvertently filed paper is Document Number 127.

    We hereby respectfully request on consent of counsel for the remaining parties to this action, the Court's permission to remove Document Number 127 filed on February 14th from the electronic docket and then re-file that document under seal in accordance with the Court's Protective Order.

                                                                   Very truly yours,

                                                                   Michael J. Dougherty

SO ORDERED:

_____
The Honorable Jed S. Rakoff
3-10-11