## SPEYER & PERLBERG, LLP
COUNSELORS AT LAW
115 BROADHOLLOW ROAD, SUITE 250
MELVILLE, NEW YORK 11747

(631) 678-6670
FAX (631) 678-7073
www.speyerperlberg.com

JAMES M. O'HARA, ESQ.
ohara@speyerperlberg.com

March 10, 2011



**By Facsimile 212-805-7935**
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street, Room
New York, New York 10007

Re: Gaetano Dev./Hartford Fire Ins. v. Goodman Manufacturing
    Goodman v. Tower: Third-Party Action
    Tower v. Everex, e. al.: Second Third-Party Action
    Case No.: 09-CV-10090 (JSR)

Dear Judge Rakoff:

    This firm represents the Second Third-Party Defendant Everex Communications, Inc ("Everex") in the above referenced matter.

    On February 14, 2011, Everex e-filed a motion for summary judgment which inadvertently contained and referenced 2 exhibits marked as "confidential" pursuant to this Court's protective Order entered on March 16, 2010. The e-filed document numbers for the inadvertently filed papers are Documents 122, 124 and 126.

    We hereby respectfully request, on consent of counsel for the remaining parties to this litigation, the Court's permission to remove Everex's summary judgment motion papers e-filed as Documents 122, 124 and 126 on February 14th from the electronic docket and then re-file those documents under seal in accordance with the Court's Protective Order.

Respectfully submitted,

James M. O'Hara

S:\CURRENT\DMP\Everex adv. Goodman\Correspondence\Judge Rakoff - 3-8-11.doc

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.
3-10-11