```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GAETANO DEVELOPMENT CORP., GATEWAY IV, :
LLC, and HARTFORD FIRE INSURANCE COMPANY :
a/s/o Gateway IV, LLC,                 :
                                       :
                Plaintiffs,            :
                                       :
        -v-                            :
                                       :
GOODMAN GLOBAL, INC., GOODMAN COMPANY, :
L.P., and GOODMAN MANUFACTURING COMPANY, :
L.P.,                                  :
                                       :
                Defendants.            :
------------------------------------- x      09 Civ. 10090(JSR)
GOODMAN COMPANY, L.P.,                 :
                                       :            ORDER
        Third-Party Plaintiff,         :
                                       :
        -v-                            :
                                       :
TOWER MANUFACTURING CORPORATION,       :
                                       :
        Third-Party Defendant.         :
------------------------------------- x
TOWER MANUFACTURING CORPORATION,       :
                                       :
        Fourth-Party Plaintiff,        :
                                       :
        -v-                            :
                                       :
EVEREX COMMUNICATIONS, INC.,           :
                                       :
        Fourth-Party Defendant.        :
                                       :
------------------------------------- x
```



JED S. RAKOFF, U.S.D.J.

    The only remaining parties in this case--scheduled for trial on September 6, 2011--have informed the Court that they have reached a settlement. Accordingly, the claims in the cases entitled <u>Goodman Co., L.P. v. Tower Manufacturing Corp.</u> and <u>Tower Manufacturing Corp. v. Everex Communications, Inc.</u> are hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen either case

and proceed to trial if the settlement is not fully effectuated. The Clerk of the Court is now directed to enter judgment dismissing the entirety of this case and to close the case.

    SO ORDERED.

                                          JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 29, 2011